

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00033-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S. Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased, Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-11-242
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

On August 19, 2014, Appellees filed their brief. On August 29, 2014, Appellees filed an opposed motion for leave to file an amended brief and the amended brief. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4, cmt.

Appellees' motion for leave to file an amended brief is GRANTED. If Appellant wishes to file a reply brief, it must be filed by September 18, 2014. *See* TEX. R. APP. P. 38.6(c), 38.3.

Appellant's reply brief, if any, may address any matter in Appellees' brief. *Id.* R. 38.3. The reply brief must provide "a clear and concise argument for the contentions made, with appropriate citations to authorities." *Id.* R. 38.1(i); *cf. Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court